UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN O. DAYE, individually and on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 3:21-cv-07981-MAS-TJB<br><br><br><br><br><br>**OPPOSITION DECLARATION OF PHILIP D. STERN, ESQ.** |

I, PHILIP D. STERN, declare as follows:

1. I am an attorney at law admitted to practice in the State of New Jersey and an attorney with the Kim Law Firm LLC, attorneys of record for Plaintiff Jonathan O. Daye.

2. I make this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and for Stay Pending Arbitration.

3. This Declaration is made upon personal knowledge unless otherwise indicated.

4. I attach as **Exhibit A**, a copy of the Agreement for The Collection of Defaulted Private Loan Accounts between Navient Portfolio Management, LLC

and GC Services Limited Partnership.[1]

5.  I attach as **Exhibit B**, the first page of Plaintiff's Application and Promissory Note dated January 5, 2004, for the loan amount of $15,000, of which the full amount was disbursed.

6.  I attach as **Exhibit C**, the first page of Plaintiff's Application and Promissory Note dated July 21, 2004, for the loan amount of $10,000, of which only $5,000 was disbursed.

7.  I attach as **Exhibit D**, the first page of Plaintiff's Application and Promissory Note dated April 5, 2006, for the loan amount of $13,000, of which the full amount was disbursed.

8.  I attach as **Exhibit E**, the first page of Plaintiff's Application and Promissory Note dated November 7, 2007, for the loan amount of $8,045, of which no amount was disbursed.

*In accordance with 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

*s/Philip D. Stern*
Philip D. Stern

Dated: November 12, 2021

---

[1] A placeholder tab is filed with this Declaration as the Agreement is marked "Confidential." Exhibit A will be filed separately under seal.