UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JONATHAN O. DAYE,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

Civil Action No. 21-7981 (MAS)(TJB)

**ORDER**

This matter comes before the Court on its Order to Show Cause as to why it has Article III standing over this suit. (ECF No. 26.) As the removing party with the burden to demonstrate jurisdiction, Defendant GC Services Limited Partnership submitted a response. (ECF No. 27.) Plaintiff Jonathan O. Daye also submitted a response urging the Court to find standing. (ECF No. 29.) The Court has carefully considered the parties' submissions and reaches its decision without oral argument under Local Civil Rule 78.1. For the reasons set forth in the Court's accompanying Memorandum Opinion, and for other good cause,

**IT IS**, on this 23rd day of September 2022, **ORDERED** as follows:

1. The Court finds that it lacks subject matter jurisdiction for want of standing.

2. The Complaint is **REMANDED** to the Superior Court of New Jersey, Law Division, Mercer County.

 

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**